

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  )
        )  Case No. 99-51866 ASW
SILLICON WIRELESS, INC.  )
        )  Chapter 7
        )
Debtor  )  **ORDER TO PAY UNCLAIMED FUNDS**
        )

It appearing that the check(s) made payable to Marc Suttles in the total amount of $1,040.30 was not cashed within the 90 day limit and an unclaimed money report was entered on June 12, 2003 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Marc Suttles is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $1,040.30 to the order of Marc Suttles, 27 Stonegate Drive, Groveland, IL 61535.

Dated 8/29/05

UNITED STATES BANKRUPTCY JUDGE