FILED
JUN 2 3 2006
CLERK
United States Bankruptcy Court
San Jose, California

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Case No. 99-51866 ASW |
| Silicon Wireless Inc. | ) Chapter 7 |
| Debtor | ) **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to <u>Mathew Samuel</u> in the total amount of <u>$818.31</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>August 27, 2003</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Mathew Samuel</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$818.31</u> to the order of <u>Mathew Samuel, c/o The Financial Resources Group Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.</u>

Dated _____

_____
UNITED STATES BANKRUPTCY JUDGE