U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 99-51866
)
Silicon Wireless Inc. )
) ORDER FOR PAYMENT
Debtor ) OF UNCLAIMED FUNDS
)

There having been a dividend check in the above named case issued to John Chong whose mailing address is 4108 Hennings Dr, Modesto, CA 95356-9447, in the amount of $1,087.58, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and the Claimant having made service on the United States Attorney.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to John O. Chong , c/o The Financial Resources Group, Inc. of 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $1,087.58 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: 2/10/05

UNITED STATES BANKRUPTCY JUDGE