FILED
OCT - 8 2003
CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Silicon Wireless, Inc.

Debtors

Case No. 99-51866

Chapter 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Robert Thronson in the total amount of $1,219.98 was not cashed within the 90 day limit and an unclaimed money report was entered on June 12, 2003 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Robert Thronson is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $1,219.98 to the order of Robert Thronson, 3522 McCoppin Park Court, San Jose, CA 95124.

Dated 10/8/03

_____
UNITED STATES BANKRUPTCY JUDGE