FILED

OCT 1 0 2003

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          CASE NO(S).: 99-51866 ASW

SILICON WIRELESS, INC.

Debtor(s)                                       ORDER FOR PAYMENT OF
                                                UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC Section 2042, and in good cause appearing therefore, it is hereby ORDERED that the amount of $ 1,219.98, constituting an unclaimed dividend, be paid to QIAOGAN WANG. IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

Qiaogan Wang
c/o The Finders Group
P.O. Box 940447
Simi Valley, CA  93094

Dated: 10/10/03

_____
United States Bankruptcy Judge