Entered on Docket
September 08, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 8 2003
CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

    Silicon Wireless, Inc.

Debtors

Case No. 99-51866

Chapter 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Michael McLaughlin in the total amount of $1,219.98 was not cashed within the 90 day limit and an unclaimed money report was entered on August 27, 2003 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Michael McLaughlin is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $1,219.98 to the order of Michael McLaughlin, 20561 Montalvo Lane, Saratoga, CA 95070.

Dated 12\8\03

UNITED STATES BANKRUPTCY JUDGE