**FILED**

MAR 3 0 2004

CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                )
                                      ) Case No. 99-51866
    Silicon Wireless       )
                                      ) Chapter 7
                                      )
Debtors                               ) **ORDER TO PAY UNCLAIMED FUNDS**
                                      )

It appearing that the check(s) made payable to <u>Ruth Reid</u> in the total amount of <u>$1,219.98</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>August 27, 2003</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Ruth Reid</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,219.98</u> to the order of <u>Ruth Reid, 15390 Sky Pines Road, Grass Valley, CA 95949.</u>

Dated 3/30/04

_____
UNITED STATES BANKRUPTCY JUDGE