**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

OCT - 8 2003

CLERK
United States Bankruptcy Court
San Jose, California

In Re:

Silicon Wireless, Inc.

Debtors

) Case No. 99-51866
)
) Chapter 7
)
) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to Bhupal Dharia in the total amount of $1,219.98 was not cashed within the 90 day limit and an unclaimed money report was entered on June 12, 2003 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Bhupal Dharia is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $1,219.98 to the order of Bhupal Dharia, 10768 Maxine Avenue, Cupertino, CA 95014.

Dated 10/8/03

UNITED STATES BANKRUPTCY JUDGE