UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SILICON WIRELESS INC.          CASE # 99-51866

ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $1,219.98 constituting unclaimed funds due to TRACY CARPENTER, Creditor in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347 (a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-fact for TRACY CARPENTER, has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $1,219.98 to the order of the following:

Tracy Carpenter
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Dated: 5/3/04                      _____
                                    United States Bankruptcy Judge